# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  06-mj-07146 |
| J.W. HASTY | |

**THE DEFENDANT:**
Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 42-2-101(1) | Driving Without a Valid License | 9/21/2006 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 15, 2006
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

s/Craig B. Shaffer
U.S. Magistrate Judge
Name & Title of Judicial Officer

November 30, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five days (5) incarceration suspended; one year unsupervised probation.

As a condition of defendant's unsupervised probation, defendant shall perform twenty (20) hours of community service, bear the expense of this program and shall provide proof of completion to the government.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $300.00 | |
| **TOTALS** | $10.00 | $300.00 | $0.00 |

Defendant shall pay this fine in increments of $60.00 over the next six months.